IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIM M. HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:09-cv-686 |
| MIDLAND CREDIT ) | |
| MANAGEMENT, INC. and ) | |
| MIDLAND FUNDING, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Kim M. Howard ("Plaintiff") and defendants Midland Credit Management, Inc. and Midland Funding, LLC (collectively "Defendants"), and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendants in the above-styled action with Plaintiff and Defendants to bear their own fees and costs.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff and Defendants respectfully request this Court to enter an Order of Dismissal, with prejudice, relating to all of Plaintiff's claims asserted against Defendants in this matter with Plaintiff and Defendants to bear their own fees and costs.

1793282 v1

Respectfully submitted,

/s/

David G. Poston
Michael D. Brock
Garry W. Stout

Attorneys for Plaintiff
KIM M. HOWARD

**OF COUNSEL:**
Brock & Stout
Post Office Drawer 311167
Enterprise, AL 36331
Telephone: (334) 393-4358

/s/

Alan D. Leeth (LEE038)
R. Frank Springfield (SPR024)
Zachary D. Miller (MIL135)

Attorneys for Defendants
MIDLAND FUNDING, LLC AND MIDLAND
CREDIT MANAGEMENT, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com
fspringf@burr.com
zmilller@burr.com